**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 13-cr-00324-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

EDGAR RICARDO OLMOS-MEDRANO,

      Defendant.

_____

**ORDER**
_____

      PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on January 7, 2014, it is

      ORDERED that Defendant Edgar Ricardo Olmos-Medrano, is sentenced to TIME SERVED.

      DATED: January 7, 2014

                                      BY THE COURT:

                                      _____
                                      Christine M. Arguello
                                      United States District Judge